## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK JULIAN BETHUNE, | : | Civil No. 1:24-CV-01364 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL OFFICER | : | |
| IAGAVINO, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant Wanga's motion to dismiss, Doc. 39, is **GRANTED**.

2. The Eighth Amendment claim against Defendant Wanga is **DISMISSED** with prejudice.

3. The Clerk of the Court is directed to terminate Defendant Wanga as a party to this action.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania