**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK JULIAN BETHUNE,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER IAGAVINO, *et al.*,<br><br>Defendants. | : : : : : : : : : | Civil No. 1:24-CV-01364<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 24th day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for judgment on the pleadings, Doc. 70, is **GRANTED**.

2. Judgement will be entered in **FAVOR** of Defendants on the following claims at the conclusion of the action:

   (1) Eighth Amendment excessive force claim against Defendant Gourley (Count 1);

   (2) Eighth Amendment conditions of confinement claim against Defendants Eckstein, Gourley, Elwell, Iagovino, Timpe, Zimmerman, Ressler, Yox, McSherry, Srebro, Kendall, Nicklow, Comeaux, and Kehoe (Count 2);

   (3) First Amendment retaliation claims against all Defendants (Count 1, 2, 3);

   (4) First Amendment freedom of speech claim against Defendants Elwell, Timpe, Gourley, Nicklow, and Kendall (Count 4);

   (5) Fourth Amendment unreasonable search claim against Defendants Gourley, Nicklow, Kendall, and Miller (Count 5);

(6) Eighth Amendment deliberate indifference to medical needs associated with the suicide attempt claim against Defendants Iagovino, Ressler, Yox, Miller, Gourley, Nicklow, and Kendall (Count 6);

(7) Eighth Amendment use of excessive force claim against Defendants Gourley, Nicklow, Kendall, and Miller (Count 7);

(8) Eighth Amendment conditions of confinement claims against Defendants Iagovino, Zimmerman, Ressler, Yox, McSherry, Timpe, Elwell, Srebro, Comeaux, Gourley, Kendall, Nicklow, and Kehoe (Count 8);

(9) Eighth Amendment failure to protect claim against Defendants Srebro, Comeaux, Gourley, Kendall, Miller, and Nicklow (Count 9);

(10) The "campaign of harassment" claim against Defendants Elwell, Timpe, McSherry, Gourley, Nicklow, Kendall, and Miller (Count 10);

(11) The sexual harassment claim against Defendants Iagovino, Zimmerman, Gourley, Nicklow, Miller, and Kendall (Count 11);

(12) Eighth Amendment deliberate indifference to "campaign of harassment" claim against Defendants Iagovino, Elwell, Timpe, Zimmerman, McSherry, Miller, Eckstein, Gourley, Nicklow, and Kendall (Count 12);

(13) The "verbal harassment" claim against Defendants Elwell, Timpe, McSherry, Miller, Gourley, Nicklow, and Kendall (Count 13);

(14) Fourteenth Amendment equal protection for refusing to house Plaintiff like other transgender inmates claim against Defendants Iagovino, Timpe, and Elwell (Count 14); and

(15) The sexual harassment claim against Defendants Iagovino, Miller, Gourley, Nicklow, and Kendall (Count 15).

3. Plaintiff's motions for appointment of counsel, Docs. 69, 81, 87, are **DENIED** without prejudice.

4. The Clerk of the Court is directed to forward a copy of Doc. 6-3 to Plaintiff.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania